JS-6

1
2
3
4
5
6
7

JAMES C. NIELSEN (111889)
    jnielsen@nielsenhaley.com
TUNG KHUU (221381)
    tkhuu@nielsenhaley.com
NIELSEN, HALEY & ABBOTT LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone: (415) 693-0900
Facsimile: (415) 693-9674
Attorneys for plaintiff, Philadelphia Indemnity Ins. Co.

8

9    **UNITED STATES DISTRICT COURT**

10   **CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION**

11

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation, <br>     Plaintiff, <br><br> v. <br><br> THE HANOVER INSURANCE COMPANY, a New Hampshire corporation; <br>     Defendant. | Case No. 5:14-cv-00114-JGB-DTB <br><br> **ORDER TO DISMISS ACTION WITH PREJUDICE** <br><br> Courtroom 1 <br> Hon. Jesus G. Bernal <br> 3470 Twelfth Street <br> Riverside, CA 92501 <br> Trial date: 04/14/2015 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

UPON REVIEW OF THE STIPULATION BETWEEN AND AMONG THE PARTIES, AND GOOD CAUSE BEING SHOWN, THEREFORE,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.  Each party will bear its own costs and expenses.

Dated:  September 16, 2014

UNITED STATES DISTRICT JUDGE